UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEREMY L. SMALLWOOD,**

    **Plaintiff,**

v.                                          Case No: 5:25-cv-792-WFJ-PRL

**CARLTON,**

    **Defendant.**

_____

**ORDER**

This cause is before the Court on Plaintiff's Second Motion for Injunction. (Doc. 4). By Order dated December 11, 2025, Plaintiff's first Motion for Injunction was denied due to multiple deficiencies and the case was closed. (Doc. 3). Plaintiff's Second Motion was filed, under the mailbox rule,[1] prior to the Court's Order, but was received and docketed after the Order was entered. The Second Motion presents similar claims to the first motion and contains the same deficiencies. Accordingly, Plaintiff's Second Motion for Injunction (Doc. 4) is **DENIED**. The case remains **CLOSED**.

**DONE** and **ORDERED** in Tampa, Florida on December 16, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**: Pro Se Party

---

[1] Under the "mailbox rule," a prisoner's filing is deemed filed on the date it was signed and delivered to authorities for mailing. *See Adams v. United States*, 173 F.3d 1339 (11th Cir. 1999).